United States District Court

Eastern District of California

David Ray Williams,

        Plaintiff,    No. Civ. S 04-0998 LKK PAN P

   vs.    Order

C. Furguson, et al.,

        Defendants.

-oOo-

September 8, 2005, defendants requested until October 9, 2005, to file and serve a motion for summary judgment.  Good cause appearing, defendant's request is granted and defendants shall have until October 9, 2005, to file and serve a motion for summary judgment.

So ordered.

Dated: September 20, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge