United States District Court

Eastern District of California

David Ray Williams,

       Plaintiff,                     No. Civ. S 04-0998 LKK PAN P

  vs.                               Order

C. Furguson, et al.,

       Defendants.

-oOo-

October 11, 2005, defendant requested an extension of time to file and serve a dispositive motion. Good cause appearing, defendant's request is granted and defendant's time is extended until 30 days from the date this order is signed.

So ordered.

Dated: October 13, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge