United States District Court

Eastern District of California

David Ray Williams,

     Plaintiff,                    No. Civ. S 04-0998 LKK PAN P

  vs.                                Order

C. Furguson, et al.,

     Defendants.

-oOo-

Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the schedule made April 13, 2005, plaintiff's pretrial statement was due December 9, 2005, defendants' pretrial statement is due December 23, 2005, pretrial conference is set for December 30, 2005, and trial is set for

///
///
///
///

1  March 21, 2005.  Since defendants' motion for summary judgment is
2  pending, the above dates are vacated.
3       So ordered.
4       Dated:  December 15, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge