IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

      Plaintiff,                      No. CIV S-04-0998 LKK EFB P

     vs.

C. FERGUSON, et al.,

      Defendants.             <u>ORDER</u>

                             /

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On August 28, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 |     1. The findings and recommendations filed August 28, 2006, are adopted in full;

3 | and

4 |     2. Defendants' November 14, 2005 motion for summary judgment is granted.

5 | DATED: September 27, 2006

*/s/ Lawrence K. Karlton*

UNITED STATES DISTRICT JUDGE

8 | /